**No. 10-5586. Frank C. Johnson, Jr., Petitioner v. John H. Wilbur, et al.**

562 U.S. 1028, 131 S. Ct. 588, 178 L. Ed. 2d 413, 2010 U.S. LEXIS 8749.

November 8, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6283. Barry Adams, Petitioner v. High Purity Systems, Inc., et al.**

562 U.S. 1028, 131 S. Ct. 588, 178 L. Ed. 2d 413, 2010 U.S. LEXIS 8733, ■

November 8, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 29, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 382 Fed. Appx. 269.

**No. 10-6701. Eugene Wideman, Jr., Petitioner v. Colorado; and Eugene Wideman, Jr., Petitioner v. Amelia Garcia.**

562 U.S. 1028, 131 S. Ct. 588, 178 L. Ed. 2d 413, 2010 U.S. LEXIS 8684.

November 8, 2010. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioner is allowed until November 29, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 382 Fed. Appx. 743.

**No. 09-1380. National Football League, et al., Petitioners v. Kevin Williams, et al.**

562 U.S. 1029, 131 S. Ct. 566, 178 L. Ed. 2d 413, 2010 U.S. LEXIS 8742.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 582 F.3d 863.

**No. 09-1490. George Louis Garcia, Petitioner v. The Florida Bar.**

562 U.S. 1029, 131 S. Ct. 566, 178 L. Ed. 2d 413, 2010 U.S. LEXIS 8676.

November 8, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 31 So. 3d 782.

**No. 09-1578. Altus Finance S.A., et al., Petitioners v. SAFG Retirement Services, Inc., fka AIG Retirement Services, Inc.**

562 U.S. 1029, 131 S. Ct. 566, 178 L. Ed. 2d 413, 2010 U.S. LEXIS 8738.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 756.

**No. 09-10938. John Martin Voyles, Petitioner v. Jean Hill, Superintendent, Powder River Correctional Facility.**

562 U.S. 1029, 131 S. Ct. 566, 178 L. Ed. 2d 413, 2010 U.S. LEXIS 8801.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-61. Steven Dworkin, et al., Petitioners v. John F. Tamburo, dba Man's Best Friend Software, et al.**

562 U.S. 1029, 131 S. Ct. 567, 178 L. Ed. 2d 413, 2010 U.S. LEXIS 8670.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 601 F.3d 693.